


## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHEILA AHERN
      Plaintiff,

   v.

ERESEARCH TECHNOLOGY, INC.;
STEVEN HERNE; and,
VALERIE MATTERN
      Defendants.

:
:
:
:
:
:
:
:

CIVIL ACTION
NO. 15-5911

## ORDER

AND NOW, this 29th day of April, 2016, it is hereby ORDERED as follows:

  (1)    Defendants' Motion for Leave to File Reply Brief (Doc. No. 7) is GRANTED and the Reply Brief attached to said Motion at Exhibit A (Doc. No. 7-2) shall be deemed filed as of this day;

  (2)    Defendants' Motion for Partial Dismissal (Doc. No. 4) is GRANTED with regard to Plaintiff's Third Cause of Action alleging discrimination on the basis of disability under the ADA.  Defendants' Motion shall similarly be granted solely with regard to the disability claims contained within Plaintiff's Fourth and Seventh Causes of Action; and,

  (3)    Defendants' Motion for Partial Dismissal (Doc. No. 4) is DENIED as to the exhaustion issue.

BY THE COURT:

C. Darnell Jones, II    J.